JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CELENA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN CHICKEN CORP, INC. d/b/a Kentucky Fried Chicken, a California corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO.: CV 17-4510-GW-ASx<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

|   |   |
|---|---|
| 1 | Having reviewed and considered the parties' Joint Stipulation to Remand Action to State Court, and GOOD CAUSE appearing, the Court hereby ORDERS that this action shall immediately be remanded to the Superior Court of California for the County of Los Angeles. |

IT IS SO ORDERED.

Dated: October 27, 2020    _____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE